IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LIBERTY BANKERS LIFE INSURANCE COMPANY, et al., § § § Plaintiffs, § § v. § § WALTER H. LENHARD III, § § Defendant. § § § | Civil Action No. 3:16-CV-2417-N (Lead) Other Civil Action Number: 3:18-CV-1846-N |

## ORDER OF CONSOLIDATION

The joint motion to consolidate in 3:18cv1846 [34] is granted. Pursuant to FED. R. CIV. P. 42(a), 18cv1846, *Walter H. Lenhard, III v. Liberty Bankers Life Insurance Company, et al.,* is hereby consolidated with 16cv2417. Pursuant to L.R. 42.1, all pleadings, motions, or other papers will be filed in Civil Action No. 3:16cv2417-N.

The clerk of court shall administratively close 3:18-CV-1846-N for statistical purposes.

SIGNED September 7, 2018.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

*ORDER, Page Solo*